# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 2:23mj261 |
| Dale Sack | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mr. Dale Sack

Date: 12/14/2023

*Attorney's signature*

S. Marshall Griffin, VA 87585
*Printed name and bar number*
999 Waterside Drive
Suite 2525
Norfolk, Virginia 23510
*Address*

marshall@griffinlawdefense.com
*E-mail address*

757-0198
*Telephone number*

*FAX number*